UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARMANDO JAUREGUI, | Case No.: 3:18-CV-00307-RCJ-VPC |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| STATE OF NEVADA, | |
| Defendant. | |

On July 9, 2018, this Court entered Order (ECF No. 3) denying Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 1). The Order directed Plaintiff to complete application or pay full filing fees within thirty (30) days or the Court may dismiss this action.

Plaintiff has failed to show good cause why this action should not be dismissed for failure to comply with Court Order (ECF No. 3). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED for Plaintiff's failure to comply with the Court Order (ECF No. 3).

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED DATED this 10th day of August, 2018.

_____
ROBERT C. JONES

ORDER OF DISMISSAL - 1